JHK:sr



FILED by _____ D.C.
AUG 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6246**

18 U.S.C. 1014
18 U.S.C. 2

**CR-DIMITROULEAS**

**MAGISTRATE JUDGE SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| DENNIS D'AGOSTA, | : |
| DEFENDANT. | : |

## INFORMATION

The United States Attorney charges:

### COUNT I

On or about February 2, 1999, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### DENNIS D'AGOSTA,

did knowingly and willfully make and cause to be made materially false statements, for the purpose of influencing the action of Bank United, FSB, whose deposits are insured by the FDIC, in connection with the issuance of a mortgage loan by submitting a false and fictitious appraisal



that reflected the defendant Dennis D'Agosta had certified the appraisal report on 427 N.W. 21st Terrace, Fort Lauderdale, Florida, knowing it was false and overvalued.

In violation of Title 18, United States Code, Sections 1014 and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __DENNIS A'GOSTA_____ NO. _____

Count # 1   18 U.S.C. 1014 (False statement to federally insured bank)

*Max. Penalty:   30 years' imprisonment; $1 million fine.

Count # 

*Max. Penalty: 

Count # 

*Max. Penalty: 

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DENNIS D'AGOSTA | **Superseding Case Information:** |

**Court Division:** (Select One)

\_\_ Miami  \_\_ Key West
_X_ FTL   \_\_ WPB  \_\_ FTP

New Defendant(s)       Yes \_\_\_   No \_\_\_
Number of New Defendants   \_\_\_
Total number of counts      \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days     | _X_  | Petty    | ____ |
   | II  | 6 to 10 days    | ____ | Minor    | ____ |
   | III | 11 to 20 days   | ____ | Misdem.  | ✓   |
   | IV  | 21 to 60 days   | ____ | Felony   | X   |
   | V   | 61 days and over| ____ |          |      |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: ___99-6266-Cr-MIDDLEBROOKS_____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?  \_\_ Yes  _X_ No   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _X_ No

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 208035

*Penalty Sheet(s) attached                                        REV.6/27/00