UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6246-CR-DIMITROULEAS

   Plaintiff,

vs.

DENNIS D'AGOSTA,

   Defendant.
_____/



## ORDER OF TRANSFER

THIS CAUSE having been heard upon Government's August 31, 2000 Motion To Transfer Case, said motion is GRANTED. Case Number 00-6246-CR is transferred to MIDDLEBROOKS.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

Relinquishing Judge:

_____
WILLIAM P. DIMITROULEAS
United States District Judge

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of September, 2000.

Accepting Judge:

_____
DONALD M. MIDDLEBROOKS
United States District Judge

Copies furnished to:

Jeffrey Kay, AUSA

R.H. Bo Hitchcock, Esquire
613 S.E. 1st Avenue
Ft. Lauderdale, FL 33301