AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | CASE NUMBER: 00-6246-CR-DIMITROULEAS / MIDDLEBROOKS |
| DENNIS D'AGOSTA | |

MAGISTRATE JUDGE SNOW

I, DENNIS D'AGOSTA, the above named defendant, who is accused of false statement to a federally insured bank, in violation of Title 18, United States Code, Section 1014, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 9/14/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DENNIS D'AGOSTA
Defendant

_____
BO HITCHCOCK
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE

Rec'd in MIA Dkt 9/18