UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6246-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs

DENNIS D'AGOSTA

ARRAIGNMENT INFORMATION SHEET

*FILED by SEP 14 2000 CLARENCE MADDOX S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____BO HITCHCOCK, ESQ._____

                    Address:____613 SE FIRST AVENUE_____

                    ____FT. LAUDERDALE, FL 33301-3122_____

                    Telephone:_____

BOND SET/CONTINUED:    $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __14TH__ day of __SEPTEMBER_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_Jenny Butler_____
Deputy Clerk

Tape No.____00-_048/049_

cc: Copy for Judge
    U. S. Attorney

Rec'd in MIA Dkt __9/18__