## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:  DENNIS D'AGOSTA (surrender)     CASE NO:  00-6246-CR-MIDDLEBROOKS

AUSA:  JEFFREY KAY  *pres*     ATTY:  BO HITCHCOCK, ESQ.  *pres*

AGENT:     VIOL:  18:1014 & 2

PROCEEDING:  I/A ON INFORMATION     RECOMMENDED BOND:

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

BOND SET @:  200,000  PSB     To be cosigned by:  *wife*

*Filed by ___ D.C.*
*SEP 14 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

*Advised of Charges*
*Counsel present*
*waiver of indictment*
*executed*

❑  Do not violate any law.

❑  Appear in court as directed.

❑  Surrender and / or do not obtain passports / travel documents.

❑  Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑  Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑  Maintain or seek full - time employment.

❑  No contact with victims / witnesses.     N/A

❑  No firearms.

❑  Curfew: _____.

❑  Travel extended to: _____.

❑  Halfway House _____.

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE:  9/14/00     TIME:  9:30     FTL/LSS TAPE # 00 - 049     Begin: 30     End: 230

Rec'd in MIA Dkt  9/18