UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6246-CR-Middlebrooks

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Dennis A'gosta,

Defendant.
_____/

FILED by _____ D.C.
SEP 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**CHANGE OF PLEA**

On 9-28-00 the above named defendant appeared in person before the Honorable Donald M. Middlebrooks, United States District Judge, with Bo Hitchcock, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) One, of the ~~Indictment~~/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )   The Court proceeded to pronounce sentence. (See J&C)
(✓)   The Court postponed sentencing until 2/23/01 @ 9:00 AM
(✓)   The defendant being allowed to remain on bond until sentencing.
( )   The defendant being remanded to the custody of the U. S. Marshal Service until a
      _____ bond in the amount of $_____ is approved and posted.
( )   The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

AUSA: Jeffrey Kay
Reporter: Robin Watford
Courtroom Deputy: Joyce Walden

