```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                 WEST PALM BEACH DIVISION
              CASE NO. 00-6246-CR-MIDDLEBROOKS
UNITED STATES OF AMERICA,
          Plaintiff,
vs.

DENNIS D'AGOSTA,
          Defendant.
_____/
```



## NOTICE OF SENTENCING

TO: Defendant, Defense Counsel, and U.S. Attorney's Office

By direction of the Honorable Donald M. Middlebrooks, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **February 23, 2001 at 9:00 a.m.** for the imposition of sentence. On that date, report to the U.S. Courthouse, **701 Clematis Street, West Palm Beach, Florida**, where sentence will be imposed. You will not receive further notice.

If the above-named defendant has executed a bond with this court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18:USC:3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) SHALL REPORT ON TODAY'S DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS.

IT IS FURTHER ORDERED that the U.S. Attorney's Office is directed to immediately provide the U. S. Probation Office with all of the necessary information needed to prepare the Prosecution Section of the Presentence Investigation Report. **If the parties anticipate the sentencing hearing to exceed 30 minutes, counsel shall notify the Court within 5 days prior to the date of the hearing.**

```
                                                     To Counts
Date: September 28, 2000                      CLARENCE MADDOX
Counsel: Bo Hitchcock, Esq.               Court Administrator/Clerk of Court

Guilty Plea ( ✓ )   Bond  ( ✓ )             BY:
Trial       (   )   Federal Custody ( )        Courtroom Deputy Clerk
Nolo plea   (   )   State Custody  ( )   AUSA: Jeffrey Kay
```