

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 006246-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS D'AGOSTA

    Defendant.

_____/

FILED by _____ D.C.

OCT - 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

The Attorney for Defendant, DENNIS D'AGOSTA, having presented to this Honorable Court a MOTION TO PERMIT TRAVEL, and the Court having examined said Motion and otherwise being fully advised in the premises, it is therefore,

ORDERED AND ADJUDGED that said Motion is hereby __Granted__,

DONE AND ORDERED this _4_ day of OCTOBER, 2000.

United States District Court Judge
Southern District of Florida

Copies furnished to:
R H. Bo Hitchcock, Esquire
613 SOUTHEAST 1ST AVENUE
FT. LAUDERDALE, FLA. 33301

