IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6246-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENNIS D'AGOSTA

        Defendant.
_____/

### MOTION TO PERMIT TRAVEL

    COMES NOW, DENNIS D'AGOSTA, by and through his attorney and moves this Honorable Court to allow Defendant permission to North Carolina during the period December 22, 2000 through and including January 1, 2001.

    1.    The purpose of the trip is for the Defendant to attend an annual family reunion.

    2.    The location where the Defendant may be contacted is: 1986 Soco Road, Maggie Valley, North Carolina 28751. The telephone number is 1-800-968-5817 (contact person is Annette Gentry).

    3.    Mr. D'Agosta's Pre-Trial Investigator, Catherine Gomez (tele. # 954-769-5500) has no objection to this Motion to Travel.

    4.    Assistant U.S. Attorney, (Jeffrey Kay, Tele. No. 954-356-7255 Ext. 3593) has no objection to this Motion.

WHEREFORE, DENNIS D'AGOSTA, respectfully requests this Honorable Court enter an order permitting the Defendant travel during the period December 22, 2000 through January 1st, 2001.

Respectfully submitted,

_____
R. H. Bo Hitchcock
Attorney for Defendant
Fla Bar No: 258075

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via United States Postal Service to: Assistant United States Attorney's, Jeffrey Kay, Esquire and Kathleen Rice, Esquire at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on this 24th DAY OF OCTOBER, 2000

_____
R.H. BO HITCHCOCK
Attorney for Defendant
HITCHCOCK AND CUNNINGHAM, P.A.
613 Southeast 1st Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 462-1666
Hitchcock Fl Bar No: 258075
Cunningham Fl Bar No: 302554

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6246-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENNIS D'AGOSTA

        Defendant.
_____/

## ORDER

The Attorney for the Defendant, DENNIS D'AGOSTA, having presented to this Honorable Court a MOTION TO PERMIT TRAVEL, and the Court having examined said Motion and otherwise being fully advised in the premises, it is therefore,

ORDERED AND ADJUDGED that this Motion to Permit Travel is hereby _____.

DONE AND ORDERED this _____ day of _____, 2000.

                                        _____
                                        United States Magistrate Judge
                                        Southern District of Florida

Copies Furnished to:
R.H. Bo Hitchcock, Esquire
613 S.E. 1st Avenue
Fort Lauderdale, Fl 33301