UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6246-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

DENNIS D'AGOSTA,

        Defendant.
_____/



FILED by ___ D.C.
OCT 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION TO PERMIT TRAVEL

THIS MATTER having come before the Court upon the Defendant DENNIS D'AGOSTA's Motion to Permit Travel, filed October 27, 2000, the Court having reviewed said motion and the reasons advanced therein, neither the Government nor the Defendant's Supervising Pre-Trial Services Officer having any objection to said motion and the Court being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant DENNIS D'AGOSTA's Motion to Permit Travel is hereby **GRANTED**. The Defendant shall be permitted to travel to Maggie Valley, North Carolina during the period from December 22, 2000, through January 1, 2001.

**DONE AND ORDERED**, in Miami, Florida, this __26__ day of October, 2000.

                                              **DONALD M. MIDDLEBROOKS**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    Jeffrey Kay, AUSA
        R. H. Bo Hitchcock, Esq.
        Catherine Gomez, Pre-Trial Services
        U.S. Probation Office
        U.S. Marshals Service