UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6246-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

DENNIS D' AGOSTA,

        Defendant(s).
_____/



FILED by _____ D.C.
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## RE-NOTICE OF TIME OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby reset for Sentencing on February 23, 2001 at *10:00 a.m.*, before the Honorable Donald M. Middlebrooks, United States District Judge, at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida.

HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2001

CLARENCE MADDOX
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
Joyce L. Walden
Courtroom Deputy Clerk

cc:    Jeffrey Kay, AUSA
       Bo Hitchcock, Esq.
       U.S. Marshals Service
       U.S. Probation Office
       U.S. Pretrial Services Office