SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6246-CR-DMM

DEFENDANT DENNIS D'AGOSTA (B)    JUDGE MIDDLEBROOKS

Deputy Clerk Carol Hunte         DATE March 2, 2001

Court Reporter Roger Watford     USPO Patricia Borah

AUSA Jeffrey Kay                 Deft's Counsel Bo Hitchcock

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

## JUDGMENT AND SENTENCE

Imprisonment    Years    Months  Counts
                         18      1  Conc w/case #00-6356-CR-2/och

(Supervised Release/Probation)   Years    Months    Counts
                                 5                  1  Conc w/case #00-6356-CR-2/och

COUNTS DISMISSED _____

Comments/Spec. Conds: Maintain full time legt. emplymt, etc. Prior apprv. before self emplymt. Not to incur any debt, etc. Provide complete fin. disclosure. File past due income tx return.

Assessment $ 100.00    Fine $ 0    Restitution /Other Total $ 25,000.
$ 21,000 Joint and Several
$ 4,000

## CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 3/16/01

Commitment Recommendation: _____

Rec'd in MIA Dkt 3/7