1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
APPEAL
NOV 27 2002
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. - M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6246-CR |
| | ) | Miami, Florida |
| | ) | |
| | ) | September 28, 2000 |
| | ) | 2 o'clock, p.m. |
| vs. | ) | |
| | ) | Pages 1 to 17 |
| | ) | |
| DENNIS D'AGOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

TRANSCRIPT OF PLEA HEARING
BEFORE THE HONORABLE DONALD MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For The Government:   Jeffrey Kay, Esq.
                      Assistant U.S. Attorney
                      Miami, Florida

For The Defendant:    Bo Hitchcock, Esq.
                      Attorney-At-Law
                      Miami, Florida

Court Reporter:       Roger Watford, RPR/CM.
                      Official Court Reporter
                      Miami, Florida