1

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
```

FILED by _____ D.C.
APPEAL
NOV 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6246-CR |
| | ) | Miami, Florida |
| | ) | |
| | ) | March 2, 2001 |
| | ) | 9 o'clock, a.m. |
| vs. | ) | |
| | ) | Pages 1 to 12 |
| | ) | |
| DENNIS D'AGOSTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE DONALD MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For The Government:   Jeffrey Kay, Esq.
                      Assistant U.S. Attorney
                      Miami, Florida

For The Defendant:    Bo Hitchcock, Esq.
                      Attorney-At-Law
                      Miami, Florida

Court Reporter:       Roger Watford, RPR/CM.
                      Official Court Reporter
                      Miami, Florida